WILLIE E. WITTER *et al.*, Plaintiffs-Appellants, *v.* J. W. JENKINS, Defendant-Appellee.

(No. 73-226;

Fifth District—January 22, 1974.

Opinon by Mr. PRESIDING JUSTICE G. MORAN.

Bernard Arthur Paul, of Marion, for appellants.

James B. Bleyer and Harris and Lambert, both of Marion for appellee.